CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 28 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOHAMMED SERDAH, ) | |
| Petitioner, ) | Civil Action No. 7:08-cv-00561 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| ROANOKE COUNTY DEPT. OF ) | |
| SOCIAL SERVICES, ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED and ADJUDGED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, and the case is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 28th day of October, 2008.

_____
United States District Judge